**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: TUZZOLINO, DAVID W | § | Case No. 10-57270 |
| TUZZOLINO, JOANNA E | § | |
| INC, PBA CONSTRUCTION | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   Northern District of Illinois
   219 S. Dearborn
   Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 10/20/2011 in Courtroom 250, United States Courthouse,
   Kane County Courthouse
   100 S. Third Street
   Geneva, IL 60134.
   If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  08/20/2011          By:  JOSEPH R. VOILAND
                                                          Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:  TUZZOLINO, DAVID W § Case No. 10-57270
      TUZZOLINO, JOANNA E §
      INC, PBA CONSTRUCTION §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 55,001.31 |
| *and approved disbursements of* | $ 40,229.18 |
| *leaving a balance on hand of* [1] | $ 14,772.13 |
| **Balance on hand:** | $ 14,772.13 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 14,772.13 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH R. VOILAND | 4,750.12 | 0.00 | 4,750.12 |
| Trustee, Expenses - JOSEPH R. VOILAND | 132.34 | 0.00 | 132.34 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 4,882.46 |
| Remaining balance: | $ 9,889.67 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 9,889.67

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 9,889.67

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 215,876.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 3,939.28 | 0.00 | 180.47 |
| 2 | Discover Bank | 18,145.72 | 0.00 | 831.29 |
| 3 | Discover Bank | 6,156.94 | 0.00 | 282.06 |
| 4 | American InfoSource LP as agent for WFNNB | 387.93 | 0.00 | 17.77 |
| 5 | Fifth Third Bank | 3,774.57 | 0.00 | 172.92 |
| 6 | Fifth Third Bank | 48,029.65 | 0.00 | 2,200.32 |
| 7 | Fifth Third Bank | 9,359.06 | 0.00 | 428.76 |
| 8 | Fifth Third Bank | 11,312.48 | 0.00 | 518.24 |
| 9 | Fifth Third Bank | 14,041.88 | 0.00 | 643.28 |
| 10 | First National Bank of Omaha | 7,544.57 | 0.00 | 345.63 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 11 | Chase Bank USA, N.A. | 3,555.61 | 0.00 | 162.89 |
| 12 | Chase Bank USA, N.A. | 5,173.67 | 0.00 | 237.01 |
| 13 | allen schriffin | 36,790.49 | 0.00 | 1,685.44 |
| 14 | US Bank N.A. | 36,067.54 | 0.00 | 1,652.32 |
| 15 | American Express Bank, FSB | 3,012.57 | 0.00 | 138.01 |
| 16 | US Bank N.A. | 3,046.63 | 0.00 | 139.57 |
| 17 | US Bank N.A. | 5,537.60 | 0.00 | 253.69 |

Total to be paid for timely general unsecured claims: $ 9,889.67
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/JOSEPH R. VOILAND
Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560
(630) 553-1951

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                     Case No. 10-57270-MB
David W Tuzzolino                                                          Chapter 7
Joanna E Tuzzolino
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dgomez              Page 1 of 2            Date Rcvd: Sep 20, 2011
                              Form ID: pdf006           Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2011.
```
db/jdb     +David W Tuzzolino,   Joanna E Tuzzolino,    1405 Coghill Ct,   North Aurora, IL 60542-9021
aty        +David H Cutler,   Cutler & Associates, Ltd.,   8430 Gross Point Rd, Ste 201,
             Skokie, IL 60077-2000
tr         +Joseph Voiland,   Joseph R. Voiland,    1625 Wing Road,   Yorkville, IL 60560-9263
16606429   +7 Heaven Card Services,   PO Box 13337,    Philadelphia, PA 19101-3337
16606432   +American Express,   PO Box 0001,   Los Angeles, CA 90096-8000
17167338    American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
16606435   +Chase Bank,   PO Box 15153,   Wilmington, DE 19886-5153
17077471    Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
16606436   +Creditors Financial Group Bank of Americ,   PO Box 440290,   Aurora, CO 80044-1500
16606437   +Department Treasury Financial Management,   PO Box 830794,   Birmingham, AL 35283-0794
16606438   +Direct TV,   c/o Allied Interstate,   PO Box 361477,   Columbus, OH 43236-1477
16606440   +Disney Rewards Cardmember Service,   PO Box 15153,   Wilmington, DE 19886-5153
16833277   +Dr. Stamelos,   1734 W Algonquin Rd,   Arlington Heights IL 60005-3405
16606441   +F & T Mech,   6706 W 90th street,   Oak Lawn, IL 60453-1420
16606445  ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
             GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,   38 Fountain Square,   Mail drop icom 65,
             Cincinnati, OH 45263)
16606442   +Fifth Third / Master Card,   PO Box 740789,   Cincinnati, OH 45274-0789
16606443   +Fifth Third Bank,   PO Box 740778,   Cincinnati, OH 45274-0778
16606444   +Fifth Third Bank,   PO Box 740789,   Cincinnati, OH 45274-0789
17039348    Fifth Third Bank,   PO BOX 829009,   Dallas, TX 75382-9009
16606446   +Fifth Third Opt,   PO Box 17051,   Baltimore, MD 21297-1051
17045800   +First National Bank of Omaha,   Cardmember Services,   1620 Dodge Street,   Stop Code 3105,
             Omaha, NE 68197-0003
16606447   +GMAC,   PO Box 9001951,   Louisville, KY 40290-1951
16606450   +HSBC Bank,   PO Box 5253,   Carol Stream, IL 60197-5253
16606448   +Harlem Furniture,   PO Box 659704,   San Antonio, TX 78265-9704
16606449   +Harris Bank,   111 W Monroe Street,   Chicago, IL 60603-4095
16606452   +NAR First National Bank of Omaha,   PO Box 8580,   Omaha, NE 68108-0580
16606453   +National City,   PO Box 3038,   Kalamazoo, MI 49003-3038
16606456   +PNC (National City),   PO Box 533510,   Atlanta, GA 30353-3510
16606457   +PNC Mortgage,   6 N Main Street,   Dayton, OH 45402-1908
16606458   +Premier Credit Union,   22 W Schaumburg Rd,   Schaumburg, IL 60194-3502
16606461   +Target,   po box 59317,   minneapolis, MN 55459-0317
16606463  ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US Bank,   PO Box 790179,   St. Louis, MO 63179)
16606462  ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US Bank,   PO Box 790408,   St. Louis, MO 63179)
17120442  ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US Bank N.A.,   P.O. Box 5229,   Cincinnati, OH 45201)
16606464   +US Bank,   PO Box 790180,   St. Louis, MO 63179-0180
16606466   +US Small Business,   PO Box 740192,   Atlanta, GA 30374-0192
16606467   +US Small Business Admin.,   PO Box 740192,   Atlanta, GA 30374-0192
16606431   +allen schriffin,   3315 agonquin,   rolling meadows, IL 60008-3257
16606430   +allen schriffin,   3315 agonquin,   suite 202,   rolling meadows, IL 60008-3248
16606433   +bk of american,   PO Box 440290,   Aurora, CO 80044-1500
16606451   +jays plumbing,   1509 ogden ave,   downers grove   il, IL 60515-2737
16606454   +national city,   PO BOX 856176,   louisville, KY 40285-6176
16606455   +nutech art,   356 sype drive,   carol stream, IL 60188
16606459   +ridge line engineer,   1661 aucutt,   montgomery, IL 60538-1124
16606460   +standard bank,   7800 w 95th,   hickory hills, IL 60457-2298
16606465    us bank (,   PO BOX 79048,   St. Louis, MO 63179
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16999610    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 21 2011 03:47:10
             American InfoSource LP as agent for,   Target,   PO Box 248866,   Oklahoma City, OK  73124-8866
17000753    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 21 2011 03:47:10
             American InfoSource LP as agent for WFNNB,   as assignee of,   Harlem Furniture,   PO Box 248872,
             Oklahoma City, OK  73124-8872
16606434   +E-mail/Text: cms-bk@cms-collect.com Sep 21 2011 02:47:12     Capital Management Services,
             726 Exchange St, Ste 700,   Buffalo, NY 14210-1464
16606439   +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 21 2011 03:48:08     Discover,   PO Box 6103,
             Carol Stream, IL 60197-6103
16999781    E-mail/PDF: mrdiscen@discoverfinancial.com Sep 21 2011 03:48:08     Discover Bank,
             DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
                                                                                              TOTAL: 5
```

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

```
District/off: 0752-1          User: dgomez              Page 2 of 2             Date Rcvd: Sep 20, 2011
                              Form ID: pdf006           Total Noticed: 51
```

           ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 22, 2011**                    **Signature:**     _Joseph Speetjens_