**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: TUZZOLINO, DAVID W              § Case No. 10-57270
       TUZZOLINO, JOANNA E             §
       INC, PBA CONSTRUCTION           §
Debtor(s)                              §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $324,240.00 *(without deducting any secured claims)* | Assets Exempt: $26,740.00 |
| Total Distribution to Claimants: $16,302.86 | Claims Discharged Without Payment: $205,986.21 |
| Total Expenses of Administration: $23,698.76 | |

3) Total gross receipts of $ 55,001.62 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $40,001.62 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $86,734.72 | $6,412.88 | $6,412.88 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 23,698.76 | 23,698.76 | 23,698.76 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 215,876.19 | 215,876.19 | 9,889.98 |
| **TOTAL DISBURSEMENTS** | $0.00 | $326,309.67 | $245,987.83 | $40,001.62 |

4) This case was originally filed under Chapter 7 on December 29, 2010. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/22/2011          By: /s/JOSEPH R. VOILAND
                                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Arbitration claim pending from car accident. | 1142-000 | 55,000.00 |
| Interest Income | 1270-000 | 1.62 |
| **TOTAL GROSS RECEIPTS** | | **$55,001.62** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| David W. Tuzzolino | payment of personal injury exemption | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,000.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 18 | Fifth Third Bank | 4110-000 | N/A | 80,321.84 | 0.00 | 0.00 |
| | S. G. Stamelos, MD | 4210-000 | N/A | 6,090.21 | 6,090.21 | 6,090.21 |
| | Gadja Health Plus Network | 4210-000 | N/A | 322.67 | 322.67 | 322.67 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$86,734.72** | **$6,412.88** | **$6,412.88** |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | 2100-000 | N/A | 4,750.12 | 4,750.12 | 4,750.12 |
| JOSEPH R. VOILAND | 2200-000 | N/A | 132.34 | 132.34 | 132.34 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| David L. Earl | | 3210-000 | N/A | 18,333.33 | 18,333.33 | 18,333.33 |
| David L. Earl | | 3220-000 | N/A | 482.97 | 482.97 | 482.97 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | 23,698.76 | 23,698.76 | 23,698.76 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-000 | N/A | 3,939.28 | 3,939.28 | 180.47 |
| 2 | Discover Bank | 7100-000 | N/A | 18,145.72 | 18,145.72 | 831.31 |
| 3 | Discover Bank | 7100-000 | N/A | 6,156.94 | 6,156.94 | 282.07 |
| 4 | American InfoSource LP as agent for WFNNB | 7100-000 | N/A | 387.93 | 387.93 | 17.77 |
| 5 | Fifth Third Bank | 7100-000 | N/A | 3,774.57 | 3,774.57 | 172.93 |
| 6 | Fifth Third Bank | 7100-000 | N/A | 48,029.65 | 48,029.65 | 2,200.39 |
| 7 | Fifth Third Bank | 7100-000 | N/A | 9,359.06 | 9,359.06 | 428.77 |
| 8 | Fifth Third Bank | 7100-000 | N/A | 11,312.48 | 11,312.48 | 518.26 |
| 9 | Fifth Third Bank | 7100-000 | N/A | 14,041.88 | 14,041.88 | 643.30 |
| 10 | First National Bank of Omaha | 7100-000 | N/A | 7,544.57 | 7,544.57 | 345.64 |
| 11 | Chase Bank USA, N.A. | 7100-000 | N/A | 3,555.61 | 3,555.61 | 162.89 |
| 12 | Chase Bank USA, N.A. | 7100-000 | N/A | 5,173.67 | 5,173.67 | 237.02 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | allen schriffin | 7100-000 | N/A | 36,790.49 | 36,790.49 | 1,685.49 |
| 14 | US Bank N.A. | 7100-000 | N/A | 36,067.54 | 36,067.54 | 1,652.37 |
| 15 | American Express Bank, FSB | 7100-000 | N/A | 3,012.57 | 3,012.57 | 138.02 |
| 16 | US Bank N.A. | 7100-000 | N/A | 3,046.63 | 3,046.63 | 139.58 |
| 17 | US Bank N.A. | 7100-000 | N/A | 5,537.60 | 5,537.60 | 253.70 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 215,876.19 | 215,876.19 | 9,889.98 |

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-57270  
**Case Name:** TUZZOLINO, DAVID W  
TUZZOLINO, JOANNA E  
**Period Ending:** 12/22/11

**Trustee:** (330380) JOSEPH R. VOILAND  
**Filed (f) or Converted (c):** 12/29/10 (f)  
**§341(a) Meeting Date:** 02/07/11  
**Claims Bar Date:** 06/20/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Single family residence 1405 Coghill Ct, North, | 283,500.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking Harris Bank | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking - Premier Credit Union | 0.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking Fifth Third | 80.00 | 0.00 | DA | 0.00 | FA |
| 5 | Checking fifth third | 80.00 | 0.00 | DA | 0.00 | FA |
| 6 | CD Harris Bank | 1,600.00 | 0.00 | DA | 0.00 | FA |
| 7 | household goods | 1,400.00 | 0.00 | DA | 0.00 | FA |
| 8 | wearing apparel | 800.00 | 0.00 | DA | 0.00 | FA |
| 9 | Wedding ring | 800.00 | 0.00 | DA | 0.00 | FA |
| 10 | firearms | 600.00 | 0.00 | DA | 0.00 | FA |
| 11 | PBA Construction, Inc. - closed 2010 no assets<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | A Affordable Construction of Chicago Inc. - Clos<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 13 | Cheeta General Construction, Inc. (checking acco<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 80.00 | 0.00 | DA | 0.00 | FA |
| 14 | National Holdings LLC 25% interest in land devel<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 15 | Arbitration claim pending from car accident. | 20,000.00 | 5,000.00 | | 55,000.00 | FA |
| 16 | 2008 Chevy Silverado | 27,000.00 | 0.00 | DA | 0.00 | FA |
| 17 | 1998 Savana Van | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 18 | 1994 Chevy Baretta | 600.00 | 0.00 | DA | 0.00 | FA |
| 19 | 2001 Tuffy Rampage 17ft | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 20 | Computer | 200.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 1.62 | Unknown |
| 21 | Assets    Totals (Excluding unknown values) | **$344,240.00** | **$5,000.00** | | **$55,001.62** | **$0.00** |

Printed: 12/22/2011 02:09 PM    V.12.54

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-57270  
**Case Name:** TUZZOLINO, DAVID W  
TUZZOLINO, JOANNA E  
**Period Ending:** 12/22/11

**Trustee:** (330380) JOSEPH R. VOILAND  
**Filed (f) or Converted (c):** 12/29/10 (f)  
**§341(a) Meeting Date:** 02/07/11  
**Claims Bar Date:** 06/20/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**          **Current Projected Date Of Final Report (TFR):**

Printed: 12/22/2011 02:09 PM    V.12.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-57270  
**Case Name:** TUZZOLINO, DAVID W  
TUZZOLINO, JOANNA E  
**Taxpayer ID #:** **-***4166  
**Period Ending:** 12/22/11  

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******31-65 - Money Market Account  
**Blanket Bond:** $50,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/18/11 | {15} | American Home Assurance Company | PI settlement proceeds | 1142-000 | 55,000.00 | | 55,000.00 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 0.40 | | 55,000.40 |
| 05/04/11 | 1001 | David L. Earl | Attorney fees per order of Court entered 4/7/2011 | 3210-000 | | 18,333.33 | 36,667.07 |
| 05/04/11 | 1002 | David L. Earl | Attorney expenses per order of Court entered 4/7/2011 | 3220-000 | | 482.97 | 36,184.10 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.58 | | 36,184.68 |
| 06/12/11 | 1003 | S. G. Stamelos, MD | payment of medical lien | 4210-000 | | 6,090.21 | 30,094.47 |
| 06/12/11 | 1004 | Gadja Health Plus Network | payment of medical lien | 4210-000 | | 322.67 | 29,771.80 |
| 06/12/11 | 1005 | David W. Tuzzolino | payment of personal injury exemption | 8100-002 | | 15,000.00 | 14,771.80 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 14,772.01 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,772.13 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,772.25 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,772.37 |
| 10/19/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.07 | | 14,772.44 |
| 10/19/11 | | To Account #9200******3166 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 14,772.44 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 55,001.62 | 55,001.62 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 14,772.44 | |
| | | | **Subtotal** | | 55,001.62 | 40,229.18 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$55,001.62** | **$25,229.18** | |

{} Asset reference(s)  
Printed: 12/22/2011 02:09 PM  V.12.54

## FORM 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 10-57270  
**Case Name:** TUZZOLINO, DAVID W  
TUZZOLINO, JOANNA E  
**Taxpayer ID #:** **-***4166  
**Period Ending:** 12/22/11  

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******31-66 - Checking Account  
**Blanket Bond:** $50,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/19/11 | | From Account #9200******3165 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 14,772.44 | | 14,772.44 |
| 10/19/11 | 101 | JOSEPH R. VOILAND | Dividend paid 100.00% on $4,750.12, Trustee Compensation; Reference: | 2100-000 | | 4,750.12 | 10,022.32 |
| 10/19/11 | 102 | JOSEPH R. VOILAND | Dividend paid 100.00% on $132.34, Trustee Expenses; Reference: | 2200-000 | | 132.34 | 9,889.98 |
| 10/19/11 | 103 | American InfoSource LP as agent for | Dividend paid 4.58% on $3,939.28; Claim# 1; Final distribution | 7100-000 | | 180.47 | 9,709.51 |
| 10/19/11 | 104 | Discover Bank | Dividend paid 4.58% on $18,145.72; Claim# 2; Final distribution | 7100-000 | | 831.31 | 8,878.20 |
| 10/19/11 | 105 | Discover Bank | Dividend paid 4.58% on $6,156.94; Claim# 3; Final distribution | 7100-000 | | 282.07 | 8,596.13 |
| 10/19/11 | 106 | American InfoSource LP as agent for WFNNB | Dividend paid 4.58% on $387.93; Claim# 4; Final distribution | 7100-000 | | 17.77 | 8,578.36 |
| 10/19/11 | 107 | Fifth Third Bank | Dividend paid 4.58% on $3,774.57; Claim# 5; Final distribution | 7100-000 | | 172.93 | 8,405.43 |
| 10/19/11 | 108 | Fifth Third Bank | Dividend paid 4.58% on $48,029.65; Claim# 6; Final distribution | 7100-000 | | 2,200.39 | 6,205.04 |
| 10/19/11 | 109 | Fifth Third Bank | Dividend paid 4.58% on $9,359.06; Claim# 7; Final distribution | 7100-000 | | 428.77 | 5,776.27 |
| 10/19/11 | 110 | Fifth Third Bank | Dividend paid 4.58% on $11,312.48; Claim# 8; Final distribution | 7100-000 | | 518.26 | 5,258.01 |
| 10/19/11 | 111 | Fifth Third Bank | Dividend paid 4.58% on $14,041.88; Claim# 9; Final distribution | 7100-000 | | 643.30 | 4,614.71 |
| 10/19/11 | 112 | First National Bank of Omaha | Dividend paid 4.58% on $7,544.57; Claim# 10; Final distribution | 7100-000 | | 345.64 | 4,269.07 |
| 10/19/11 | 113 | Chase Bank USA, N.A. | Dividend paid 4.58% on $3,555.61; Claim# 11; Final distribution | 7100-000 | | 162.89 | 4,106.18 |
| 10/19/11 | 114 | Chase Bank USA, N.A. | Dividend paid 4.58% on $5,173.67; Claim# 12; Final distribution | 7100-000 | | 237.02 | 3,869.16 |
| 10/19/11 | 115 | allen schriffin | Dividend paid 4.58% on $36,790.49; Claim# 13; Final distribution | 7100-000 | | 1,685.49 | 2,183.67 |
| 10/19/11 | 116 | US Bank N.A. | Dividend paid 4.58% on $36,067.54; Claim# 14; Final distribution | 7100-000 | | 1,652.37 | 531.30 |
| 10/19/11 | 117 | American Express Bank, FSB | Dividend paid 4.58% on $3,012.57; Claim# 15; Final distribution | 7100-000 | | 138.02 | 393.28 |
| 10/19/11 | 118 | US Bank N.A. | Dividend paid 4.58% on $3,046.63; Claim# 16; Final distribution | 7100-000 | | 139.58 | 253.70 |
| 10/19/11 | 119 | US Bank N.A. | Dividend paid 4.58% on $5,537.60; Claim# 17; | 7100-000 | | 253.70 | 0.00 |
| | | | Subtotals : | | $14,772.44 | $14,772.44 | |

{} Asset reference(s)

Printed: 12/22/2011 02:09 PM  V.12.54

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 10-57270  
**Case Name:** TUZZOLINO, DAVID W  
TUZZOLINO, JOANNA E  
**Taxpayer ID #:** **-***4166  
**Period Ending:** 12/22/11

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******31-66 - Checking Account  
**Blanket Bond:** $50,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Final distribution | | | | |
| | | | **ACCOUNT TOTALS** | | 14,772.44 | 14,772.44 | $0.00 |
| | | | Less: Bank Transfers | | 14,772.44 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 14,772.44 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $14,772.44 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******31-65** | 55,001.62 | 25,229.18 | 0.00 |
| **Checking # 9200-******31-66** | 0.00 | 14,772.44 | 0.00 |
| | $55,001.62 | $40,001.62 | $0.00 |

{} Asset reference(s)  
Printed: 12/22/2011 02:09 PM   V.12.54